UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
LILLEBABY, LLC                          :
   Plaintiff                               :
                                           :
v.                                      :     C.A. No.  3:19-cv-00329(JBA)
                                           :
COLUMBUS TRADING PARTNERS               :
USA, INC. and CYBEX GMBH                :
   Defendants                              :     March   11, 2019
_____:

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OR PRECLUSIVE EFFECT</u>**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff LILLEbaby, LLC, by and through the undersigned counsel, hereby moves for voluntary dismissal without prejudice, and in support thereof, state as follows:

1. On March 6, 2019 at approximately 5:00 p.m., the Complaint in this matter was inadvertently filed via CM/ECF in United States District Court of Connecticut (the "inadvertent filing".   *See* Exhibit 1, Complaint.

2. In fact, as demonstrated by the reference on the face of the Complaint to the United States District Court for the District of Massachusetts, the Complaint was intended to be filed via CM/ECF in the District of Massachusetts.

3. Shortly after the inadvertent filing of the Complaint in this Court, undersigned counsel took prompt action to correct it.

4. Consequently, on March 6, 2018 at approximately 8:40 p.m., the same Complaint was filed in the correct court, the United States District Court of Massachusetts, *LILLEbaby, LLC v. Columbus Trading Partners USA, Inc. and Cybex Gmbh*; Civil Action No. 1:19-cv-10422.See Exhibit 2, ECF Notice of Filing in United States District Court for the District of Massachusetts.

5. Plaintiff understands that, because the Complaint in the action before this Court has not been served and no responsive pleadings have been filed, the matter could be dismissed pursuant to Rule 41(a)(1)(B) of the Federal Rules of Procedure.  However, Rule 41(a)(1)(B) specifically provides that in instances where a plaintiff has "previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

6. Because the filing was inadvertent and immediately corrected by a subsequent filing in the proper court, Plaintiff wishes to ensure that the voluntary dismissal of the Complaint occurs not only without prejudice but also without any preclusive effect as to any subsequent voluntary dismissal pursuant to Rule 41(1)(1)(B).

Wherefore, Plaintiff LILLEbaby, LLC respectfully requests entry of an Order by this Court per Rule 41(a)(2) that this action be dismissed without prejudice, andwithout any preclusive effect as to subsequent voluntary dismissal pursuant to Rule 41(a)(1)(B).

        Respectfully Submitted
        Plaintiff LILLEbaby, LLC,

        BY: /s/ Dawn Neborsky (ct 27985)
        Bonner Kiernan Trebach & Crociata, LLP
        40 Court Street, Third Floor
        Boston, MA 02108
        (617) 426-3900
        (617) 426-0380 Fax
        dneborsky@bonnerkiernan.com

## **CERTIFICATION**

I certify that on March 11, 2019, I filed and served this document electronically through the Court's CM/ECF system on all counsel for record.

Dawn Neborsky #27985_____
Dawn Neborsky

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LILLEBABY, LLC<br>   Plaintiff : | |
| : | |
| v. : | C.A. No. 3:19-cv-00329(JBA) |
| : | |
| COLUMBUS TRADING PARTNERS :<br>USA, INC. and CYBEX GMBH :<br>   Defendants : | March  , 2019 |

### ORDER

Having considered Plaintiff's Motion for Voluntary Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil procedure, and it appearing to the Court that said motion is proper and that Plaintiff's filing of the Complaint in this Court was inadvertent, it is hereby:

ORDERED that Plaintiff LILLEbaby, LLC's Motion for Voluntary Dismissal pursuant to Rule 41(a)(2) is GRANTED, and that this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2019.

_____
The Honorable Janet Bond Arterton,
Judge, United States District Court for the
District of Connecticut